GAY et al. v. HUDSON RIVER ELECTRIC POWER CO. et al. SAME v. HUDSON RIVER ELECTRIC POWER CO. (Circuit Court of Appeals, Second Circuit. March 28, 1911.) Appeal from the Circuit Court of the United States for the Northern District of New York. Suits in equity by Eben H. Gay and Joseph W. Jackson against the Hudson River Electric Power Company and others and against said company alone. From an order allowing an appeal taken by receivers for defendant to stand on conditions, the New England Trust Company appeals. Modified and affirmed. For opinion below, see 184 Fed. 631. Tyler & Young (B. E. Eames, Charles H. Tyler, Owen D. Young, and Robert A. Pritchard. of counsel), for appellant. Kellogg & Rose (L. Laflin Kellogg and Alfred C. Pette, of counsel), for appellee. Before LACOMBE, WARD, and NOYES, Circuit Judges.

PER CURIAM. With some modifications this order should stand. The necessary changes may be effected by striking out the last six lines of the first paragraph of the order, and inserting in their place, after the words "as

security for the payment to the National Contracting Company of," the following: "The amount of any judgment for costs which the said National Contracting Company, the appellee, may recover as a result of said appeal." As thus modified, the order is affirmed.